UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 18bk24763 |
| ROSEBUD FARM, INC. | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | Honorable Timothy A. Barnes |
| | ). | |

FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER
AWARDING TO LAUREN NEWMAN AND THOMPSON COBURN LLP, COUNSEL FOR
CHAPTER 7 TRUSTEE, FOR ALLOWANCE AND PAYMENT OF FIRST INTERIM
COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 126,460.00 | TOTAL COSTS REQUESTED: | $ 636.50 |
| TOTAL FEES REDUCED: | $ 4,658.75 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $ 121,801.25 | TOTAL COSTS ALLOWED: | $ 636.50 |

TOTAL FEES AND COSTS ALLOWED: $ 122,437.75

The attached time and expense entries have been highlighted to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each highlighted entry. The numerical notations correspond to the enumerated paragraphs below.

(1)     Improper Allocation of Professional Resources – TOTAL of disallowed amounts $ 3,110.50

The Court denies the allowance in part of compensation for the indicated task(s) as a professional with a lower level of skill and experience or a paraprofessional could have performed the task(s). *In re Pettibone*, 74 B.R. 293, 303 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("Senior partner rates will be paid only for work that warrants the attention of a senior partner. A senior partner who spends time reviewing documents or doing research a beginning associate could do will be paid at a rate of a beginning associate. [Citation omitted]. Similarly, non-legal work performed by a lawyer which could have been performed by less costly non-legal employees should command a lesser rate."); *In re Wildman*, 72 B.R. 700, 710 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) (same); *In re Alberto*, 121 B.R. 531, 535 (Bankr. N.D. Ill. 1990) (Squires, J.) (determining use of partner appropriate where attendant complex legal issues warrant highly experienced practitioner).

In this case, the entries reduced under this category have been allowed at the associate rate for research assignments that could have been delegated to an associate.

(2)     Unreasonable Time – TOTAL of disallowed amounts: $ 892.00

The Court denies the allowance in part of compensation for the indicated task(s) since the professional or paraprofessional expended an unreasonable amount of time on the task(s) in light of the nature of the task(s), the experience and knowledge of the professional performing the task(s),

and the amount of time previously expended by the professional or another on the task(s). *In re Pettibone,* 74 B.R. 293, 306 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("The Court will determine what is the reasonable amount of time an attorney should have to spend on a given project... An attorney should not be rewarded for inefficiency. Similarly, attorneys will not be fully compensated for spending an unreasonable number of hours on activities of little benefit to the estate."); *In re Wildman,* 72 B.R. 700, 713 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) (same).

In this case, any time charged for attending hearings where the matter has been granted in chambers will not be tolerated.

Additionally, the court cautions counsel that the time entries for hearings in general were almost an hour beyond the hearing time. Counsel cannot bill for commute time to the court and such entries will be strictly scrutinized going forward.

(3)   <u>Unreasonable Travel Rate – TOTAL of disallowed amounts (50% of affected entries):</u>
     <u>$ 656.25</u>

The Court denies the allowance in part of compensation for travel time or entries that are lumped with travel time, where compensation at the normal hourly rate (not the customary one-half discounted rate) is sought without explanation. *In re Planter,* Case No. 08 B 16883, 2009 WL 1393691 (Bankr. N.D. Ill. May 18, 2009) (Barbosa, J.) ("this Court has routinely held that time spent traveling to and from a location typically shall be compensated at one-half of the attorneys' or other professionals' hourly rate."); *In re McKeeman,* 236 B.R. 667 (B.A.P. 8th Cir.1999); *In re Spanjer Bros., Inc.,* 191 B.R. 738, 755 (Bankr. N.D. Ill. 1996) (Squires, J.).

Dated: August 21, 2019

Timothy A. Barnes
United States Bankruptcy Judge

# EXHIBIT A

## FEES

**Case Administration:**

| Date | Attorney/ Paralegal | Description | Hours | Amount |
|---|---|---|---|---|
| 09/20/18 | Newman, Lauren | Prepare for conference call with trustee by reviewing bankruptcy court docket | 0.20 $525.00 | $105.00 |
| 09/28/18 | Newman, Lauren | Communications to and from A. Moglia, trustee, re equipment sales by debtor | 0.20 $525.00 | $105.00 |
| 10/01/18 | Newman, Lauren | Review and analyze debtor's schedules and statement of financial affairs | 1.20 $525.00 | $630.00 |
| 10/01/18 | Pantoga, Ann Addis | Online search of recorder of deeds records to determine status of encumbrances against the real estate | 0.30 $435.00 | $130.50 |
| 10/01/18 | Newman, Lauren | Review and analyze the district court docket and pleadings in discrimination case against debtor, the opinion of the seventh circuit ruling against the debtor and the judgment against the debtor | 1.50 $525.00 | $787.50 |
| 10/01/18 | Boutcher, Karin A. | Request Illinois and Cook County, Illinois lien searches against Rosebud Farm, Inc. | 0.30 $215.00 | $64.50 |
| 10/01/18 | Newman, Lauren | Communication to B. Walsh, Chicago Title, to order lien search on debtor's real estate | 0.20 $525.00 | $105.00 |
| 10/01/18 | Newman, Lauren | Review liens from recorder of deeds re liens on debtor's real estate | 0.20 $525.00 | $105.00 |
| 10/01/18 | Newman, Lauren | Communication to A. Moglia, trustee, to send copies of liens from recorder of deeds re liens on debtor's real estate and advise on same | 0.20 $525.00 | $105.00 |
| 10/01/18 | Newman, Lauren | Direct ordering of UCC lien searches on debtor | 0.20 $525.00 | $105.00 |
| 10/03/18 | Newman, Lauren | Review title report on debtor's real property | 0.30 $525.00 | $157.50 |
| 10/03/18 | Newman, Lauren | Communication A. Moglia with title report on debtor's real property | 0.20 $525.00 | $105.00 |
| 10/03/18 | Newman, Lauren | Communication to J. Longo, counsel for judgment creditor, for introduction and to advise against additional liens against debtor's property | 0.20 $525.00 | $105.00 |
| 10/04/18 | Boutcher, Karin A. | Receive and review lien search results and forward same to L. Newman | 0.30 $215.00 | $64.50 |
| 10/05/18 | Newman, Lauren | Detailed communication to J. Longo, counsel for judgment creditor, to respond to questions on lease and other matters | 0.30 $525.00 | $157.50 |
| 10/08/18 | Newman, Lauren | Communication to A. Moglia, trustee, with results of UCC and judgment lien searches for debtor | 0.20 $525.00 | $105.00 |

Improper location

) Improper
llocation

| Date | Attorney/ Paralegal | Description | Hours | Amount |
|---|---|---|---|---|
| 10/08/18 | Newman, Lauren | Review and analyze results of UCC and judgment lien searches for debtor | 0.50 $525.00 | $262.50 |
| 10/17/18 | Newman, Lauren | Review district court docket, citation pleadings and court orders for citations to discover assets, in order to ascertain post-petition liens by judgment creditor | 0.80 $525.00 | $420.00 |
| 10/17/18 | Newman, Lauren | Detailed communication to A. Moglia, trustee, to advise on status of citation liens filed by judgment creditor and whether assets remain in estate | 0.40 $525.00 | $210.00 |
| 10/17/18 | Newman, Lauren | Legal research re validity of citation liens on debtor's assets, including Quade decision | 1.80 $525.00 | $945.00 |
| 10/19/18 | Newman, Lauren | Communications to and from A. Moglia, trustee, to plan strategy re possible lease rejection | 0.20 $525.00 | $105.00 |
| 10/23/18 | Newman, Lauren | Review schedules and prepare questions for upcoming continued 341 meeting of creditors | 1.20 $525.00 | $630.00 |
| 10/23/18 | Buckley Jr., Francis X. | Review schedules and SOFA in preparation for investigation of asset disposition by principals | 0.80 $620.00 | $496.00 |
| 10/24/18 | Buckley Jr., Francis X. | Meeting with D. Brown, attorney for debtor, re background of debtor's disposition of assets | 0.80 $620.00 | $496.00 |
| 10/24/18 | Newman, Lauren | Communication to J. Longo, counsel to R. Smith, judgment creditor, to advise that automatic stay prevents any further perfection of liens and trustee will move for contempt if he files liens post-petition | 0.20 $525.00 | $105.00 |
| 10/24/18 | Newman, Lauren | Communication to J. Longo, counsel to R. Smith, judgment creditor, to advise that automatic stay prevents appeal of his fee award in district court litigation | 0.20 $525.00 | $105.00 |
| 10/24/18 | Newman, Lauren | Communication to J. Longo, counsel to R. Smith, re cost considerations of extensive litigation against Debtor | 0.20 $525.00 | $105.00 |
| 10/24/18 | Newman, Lauren | Communication to J. Longo, counsel to R. Smith, re debtor's pre-petition liquidation of its assets | 0.20 $525.00 | $105.00 |
| 10/24/18 | Newman, Lauren | Review motion to lift stay by R. Collum, personal injury claimant, to pursue insurance policy | 0.20 $525.00 | $105.00 |
| 10/24/18 | Newman, Lauren | Review outcome of creditors meeting and analyze possible asset recovery | 0.70 $525.00 | $367.50 |
| 10/24/18 | Newman, Lauren | Appear at continued meeting of creditors along with the trustee, and assist trustee in questioning the representative of the debtor | 2.20 $525.00 | $1,155.00 |

| Date | Attorney/ Paralegal | Description | Hours | Amount |
|------|---------------------|-------------|-------|--------|
| 10/29/18 | Newman, Lauren | Communication to D. Brown re receipt of copy of lease on Debtor's premises | 0.10 $525.00 | $52.50 |
| 10/31/18 | Newman, Lauren | Correspondence from M. Teich, counsel to R. Cullom, personal injury claimant, to advise Trustee has no objection to relief from stay against insurance proceeds only | 0.20 $525.00 | $105.00 |
| 10/31/18 | Newman, Lauren | Draft notice of appearance by L. Newman, on behalf of A. Moglia, trustee | 0.30 $525.00 | $157.50 |
| 11/06/18 | Newman, Lauren | Review amendment to lease and communicate to A. Moglia, trustee, re termination date for lease | 0.20 $525.00 | $105.00 |
| 11/07/18 | Newman, Lauren | Communication to J. Gallo, Moglia Advisors, to send copy of lease and amendment to lease | 0.20 $525.00 | $105.00 |
| 11/07/18 | Newman, Lauren | Telephone call with A. Moglia, trustee, re J. Gallo's role in case and to plan strategy | 0.20 $525.00 | $105.00 |
| 11/07/18 | Newman, Lauren | Telephone call with J. Gallo, , to advise on value of property, pre-petition sales of assets and other issues in case | 1.00 $525.00 | $525.00 |
| 11/07/18 | Newman, Lauren | Review communications and documents from debtor to plan strategy | 1.20 $525.00 | $630.00 |
| 11/07/18 | Newman, Lauren | Communication to A. Moglia, trustee, re J. Gallo's role in case | 0.20 $525.00 | $105.00 |
| 11/07/18 | Newman, Lauren | Draft memorandum to A. Moglia, trustee, and J. Gallo, with points and issues in Rosebud case, and to plan for upcoming conference call | 2.50 $525.00 | $1,312.50 |
| 11/08/18 | Newman, Lauren | Review comparables to prepare for conference call with trustee | 0.30 $525.00 | $157.50 |
| 11/09/18 | Newman, Lauren | Legal research timing of trustee's right to assume or reject leases when debtor is lessor, including issues under 365(h) | 1.80 $525.00 | $945.00 |
| 11/09/18 | Newman, Lauren | Telephone conference with A. Moglia, trustee, to plan strategy re recovery of assets, sale of property, review pre-petition actions by debtor and other matters | 1.30 $525.00 | $682.50 |
| 11/12/18 | Newman, Lauren | Communication to J. Longo, counsel for judgment creditor, to recommend filing an appearance in bankruptcy case to get pleadings and notices | 0.20 $525.00 | $105.00 |
| 11/12/18 | Newman, Lauren | Review and analyze debtor's recently filed amended schedules | 0.20 $525.00 | $105.00 |
| 11/12/18 | Newman, Lauren | Detailed communication and legal memorandum to A. Moglia, trustee, re assumption and rejection of lease where debtor is lessor | 0.40 $525.00 | $210.00 |

) Improper location

) Improper
llocation

| Date | Attorney/ Paralegal | Description | Hours | Amount |
|------|---------------------|-------------|-------|--------|
| 11/12/18 | Newman, Lauren | Review results of research on assumption and rejection of lease where debtor is lessor | 0.50 $525.00 | $262.50 |
| 11/15/18 | Newman, Lauren | Draft motion for 2004 exam on Providence Bank & Trust | 1.50 $525.00 | $787.50 |
| 11/15/18 | Newman, Lauren | Communications to and from A. Moglia, trustee, and J. Gallo, re proof of sales by debtor | 0.20 $525.00 | $105.00 |
| 11/16/18 | Newman, Lauren | Continue to draft motion for 2004 exam on Providence Bank and draft subpoena for documents | 1.50 $525.00 | $787.50 |
| 11/19/18 | Newman, Lauren | Communication to A. Moglia, trustee, with draft of motion for 2004 exam on Providence Bank | 0.20 $525.00 | $105.00 |
| 11/19/18 | Newman, Lauren | Detailed memorandum to J. Gallo at Moglia Advisors re timeline of litigation against the debtor | 0.40 $525.00 | $210.00 |
| 11/20/18 | Newman, Lauren | Communication to D. Brown, counsel for debtor, to request all documents concerning pre-petition sales of equipment, trucks and trailers by debtor, including appraisals | 0.30 $525.00 | $157.50 |
| 11/20/18 | Newman, Lauren | Communications to and from A. Moglia, trustee, re filing 2004 motion and motion to employ | 0.20 $525.00 | $105.00 |
| 11/26/18 | Newman, Lauren | Communications with D. Brown, counsel for Debtor, re no receipts for equipment sales | 0.10 $525.00 | $52.50 |
| 11/26/18 | Newman, Lauren | Communication to A. Moglia, trustee, and J. Gallo, re counsel for debtor confirming no documentation of equipment sales | 0.20 $525.00 | $105.00 |
| 11/26/18 | Newman, Lauren | Communication to J. Gallo, Moglia Advisors, re upcoming motion for 2004 exam on Providence Bank | 0.20 $525.00 | $105.00 |
| 11/27/18 | Newman, Lauren | Review and analyze correspondence from another personal injury claimant against the debtor | 0.20 $525.00 | $105.00 |
| 11/28/18 | Newman, Lauren | Appear in court for motion for 2004 examination on Providence Bank | 0.80 $525.00 | $420.00 |
| 11/28/18 | Newman, Lauren | Communication to A. Moglia, trustee, to send copy of order granting motion for 2004 exam on Providence Bank | 0.20 $525.00 | $105.00 |
| 11/28/18 | Newman, Lauren | Communications to and from J. Gallo at Moglia Advisors re 2004 exam on Providence Bank | 0.20 $525.00 | $105.00 |
| 11/28/18 | Newman, Lauren | Draft motion for extension of time to assume or reject real property lease, prepare | 3.20 $525.00 | $1,680.00 |

) Unreasonable
tn was granted
chambers
d not called

| Date | Attorney/ Paralegal | Description | Hours | Amount |
|---|---|---|---|---|
| | | proposed order and prepare motion for extension of time for filing | | |
| 11/29/18 | Newman, Lauren | Telephone call with A. Moglia and J. Gallo to plan strategy re sale of real estate, plan for fraudulent transfer analysis, and to review other issues in the case | 0.70 $525.00 | $367.50 |
| 11/29/18 | O'Keefe, Julie L. | Transmit to and communicate with special process server re subpoena for rule 2004 examination to Providence Bank & Trust | 0.40 $255.00 | $102.00 |
| 11/29/18 | Newman, Lauren | Detailed communication to D. Nemerov, personal injury counsel, to advise of automatic stay and to take no further action against debtor | 0.30 $525.00 | $157.50 |
| 11/29/18 | Newman, Lauren | Communications to and from A. Moglia to schedule a conference call to plan next steps | 0.20 $525.00 | $105.00 |
| 12/03/18 | Newman, Lauren | Communication to C. Conner, Providence Bank, to send copy of order authorizing 2004 exam on the Bank and to call with questions | 0.20 $525.00 | $105.00 |
| 12/03/18 | Newman, Lauren | Telephone call with C. Conner, Providence Bank, re compliance with discovery for trustee on the Bank | 0.20 $525.00 | $105.00 |
| 12/04/18 | Newman, Lauren | Communication to A. Moglia re continued hearing on motion to retain Moglia Advisors and to extend deadline to assume or reject lease | 0.10 $525.00 | $52.50 |
| 12/04/18 | Newman, Lauren | Communication to A. Moglia, trustee, to advise debtor is requesting direction on preparation of tax return | 0.20 $525.00 | $105.00 |
| 12/04/18 | Newman, Lauren | Communication to J. Gallo re subpoena response from Providence Bank | 0.20 $525.00 | $105.00 |
| 12/04/18 | Newman, Lauren | Communications to and from D. Brown, counsel for debtor, re preparing and filing 2018 taxes | 0.10 $525.00 | $52.50 |
| 12/05/18 | Newman, Lauren | Review successful service of subpoena on Providence Bank | 0.10 $525.00 | $52.50 |
| 12/11/18 | Newman, Lauren | Review multiple communications from C. Conner with debtor's bank account documents, and forward same to J. Gallo at Moglia Advisors | 0.40 $525.00 | $210.00 |
| 12/11/18 | Newman, Lauren | Telephone call with C. Conner, Providence Bank, re compliance with trustee's subpoena for documents on debtor's accounts | 0.30 $525.00 | $157.50 |
| 12/13/18 | Newman, Lauren | Multiple communications to J. Gallo, at Moglia Advisors, from Providence Bank with documents for the 2004 production | 0.40 $525.00 | $210.00 |

| Date | Attorney/ Paralegal | Description | Hours | Amount |
|------|---------------------|-------------|-------|--------|
| 12/14/18 | Newman, Lauren | Communications to and from C. Conner at Providence Bank re production of documents | 0.20 $525.00 | $105.00 |
| 12/14/18 | Newman, Lauren | Multiple communications to J. Gallo, Moglia Advisors, with production of documents from Providence Bank | 0.30 $525.00 | $157.50 |
| 12/19/18 | Newman, Lauren | Communication to A. Moglia, trustee, to advise on outcome of court hearing and next court date | 0.20 $525.00 | $105.00 |
| 12/20/18 | Newman, Lauren | Multiple communications to J. Gallo, Moglia Advisors, with documents from Providence Bank with deposit statements from debtor's accounts | 0.30 $525.00 | $157.50 |
| 12/20/18 | Newman, Lauren | Review multiple emails from Providence Bank with deposit statements from debtor's accounts | 0.30 $525.00 | $157.50 |
| 12/21/18 | Newman, Lauren | Review multiple communications from Providence Bank with documents for debtor's accounts | 0.30 $525.00 | $157.50 |
| 12/21/18 | Newman, Lauren | Multiple communications to J. Gallo, Moglia Advisors, with documents from Providence Bank | 0.20 $525.00 | $105.00 |
| 12/21/18 | Newman, Lauren | Communications to and from R. Nelson, real estate broker, re updates on marketing the property and preparing marketing summary for J. Longo | 0.20 $525.00 | $105.00 |
| 12/21/18 | Newman, Lauren | Communication to J. Longo, judgment creditor, to advise real estate has been listed with broker | 0.20 $525.00 | $105.00 |
| 12/27/18 | Newman, Lauren | Communication to C. Conner from Providence Bank confirming additional documents | 0.10 $525.00 | $52.50 |
| 01/02/19 | Newman, Lauren | Review and forward multiple communications with documents from Providence Bank re Debtor's bank accounts to J. Gallo, Moglia Advisors | 0.50 $555.00 | $277.50 |
| 01/02/19 | Newman, Lauren | Multiple communications with additional documents from Providence Bank re debtor's bank accounts to J. Gallo, Moglia Advisors | 0.50 $555.00 | $277.50 |
| 01/02/19 | Newman, Lauren | Communications to and from J. Gallo, Moglia Advisors, re timing of payments to debtor | 0.20 $555.00 | $111.00 |
| 01/02/19 | Newman, Lauren | Communication to A. Moglia, trustee, with re invoices for sale of trailers by debtor | 0.10 $555.00 | $55.50 |
| 01/02/19 | Newman, Lauren | Communication to and from J. Brown, counsel for debtor, re invoices for sale of trailers | 0.10 $555.00 | $55.50 |

| Date | Attorney/ Paralegal | Description | Hours | Amount |
|------|---------------------|-------------|-------|--------|
| 01/07/19 | Newman, Lauren | Multiple communications to J. Gallo, Moglia Advisors, with documents from debtor's bank accounts at Providence Bank | 0.30 $555.00 | $166.50 |
| 01/11/19 | Newman, Lauren | Multiple communications to J. Gallo, Moglia Advisors, to send documents from Providence Bank with debtor's bank account information | 0.40 $555.00 | $222.00 |
| 01/25/19 | Newman, Lauren | Communications to and from J. Gallo, Moglia Advisors, re retaining accounts to file tax returns on behalf of Debtor | 0.20 $555.00 | $111.00 |
| 01/28/19 | Newman, Lauren | Multiple communications with documents from Providence Bank to J. Gallo, Moglia Advisors, for review and analysis | 0.40 $555.00 | $222.00 |
| 01/31/19 | Newman, Lauren | Communications to and from A. Moglia, trustee, re second personal injury claimant and contact from defense counsel | 0.20 $555.00 | $111.00 |
| 02/05/19 | Newman, Lauren | Communication to A. Moglia, trustee, to advise J. Longo filed a proof of claim | 0.10 $555.00 | $55.50 |
| 02/06/19 | Newman, Lauren | Communication to A. Kazaz, counsel for insurance company defending Rosebud Farm in personal injury case re notice to tenant of pending litigation | 0.20 $555.00 | $111.00 |
| 02/06/19 | Newman, Lauren | Telephone call with A. Kazaz, counsel for insurance company defending Rosebud Farm in personal injury case re maintaining the premises | 0.20 $555.00 | $111.00 |
| 02/20/19 | Newman, Lauren | Communication to A. Moglia, trustee, re hiring accountants to file debtor's tax returns | 0.10 $555.00 | $55.50 |
| 02/27/19 | Newman, Lauren | Communications to and from A. Moglia, trustee, re communicating directly with R. Smith, secured creditor | 0.20 $555.00 | $111.00 |
| 03/08/19 | Newman, Lauren | Communication to J. Longo, re locating and communicating with R. Smith, secured creditor | 0.10 $555.00 | $55.50 |
| 03/08/19 | Newman, Lauren | Communications to and from A. Moglia, trustee, re locating and communicating with R. Smith, secured creditor | 0.20 $555.00 | $111.00 |
| 03/28/19 | Newman, Lauren | Communication to A. Moglia, trustee, to advise on upcoming deadline for motion to assume or reject lease | 0.20 $555.00 | $111.00 |
| 03/28/19 | Newman, Lauren | Draft motion to extend deadline for motion to assume or reject lease, prepare draft order and prepare for filing | 2.50 $555.00 | $1,387.50 |
| 03/28/19 | Newman, Lauren | Communication to A. Moglia, trustee, with copy of court filed motion to extend deadline | 0.20 $555.00 | $111.00 |

| Date | Attorney/ Paralegal | Description | Hours | Amount |
|------|---------------------|-------------|-------|--------|
| | | for motion to assume or reject lease, and to advise of court date | | |
| 04/04/19 | Newman, Lauren | Review and analyze notice from insurance company re proxy request for shareholder vote | 0.20 $555.00 | $111.00 |
| 04/04/19 | Newman, Lauren | Communication to D. Brown, counsel for debtor, re notice from insurance company re proxy request and to turn over shareholder information | 0.20 $555.00 | $111.00 |
| 04/05/19 | Newman, Lauren | Communications to and from D. Brown, counsel for debtor, re shares in insurance company | 0.20 $555.00 | $111.00 |
| 04/05/19 | Newman, Lauren | Communication to A. Moglia, trustee, re debtor's shares in insurance company | 0.20 $555.00 | $111.00 |
| 4/16/19 | Newman, Lauren | Appear in court for trustee's motion to extend time to accept or reject lease with Kingdom Farms | 1.30 $555.00 | $721.50 |
| 4/18/19 | Newman, Lauren | Communication to A. Moglia, trustee, with copy of order extending deadline to assume or reject lease with Kingdom Farms | 0.20 $555.00 | $111.00 |
| | | **Total Charges** | 51.90 | $27,354.50 |

# EXHIBIT B

**Retention:**

| Date | Attorney/ Paralegal | Description | Hours | Amount |
|------|---------------------|-------------|-------|--------|
| 09/24/18 | Newman, Lauren | Draft motion to employ L. Newman and Thompson Coburn as counsel, draft affidavit in support of motion and draft proposed order employing L. Newman, F. Buckley and Thompson Coburn, LLP as counsel for Trustee | 2.20 $525.00 | $1,155.00 |
| 09/25/18 | Newman, Lauren | Communication to A. Moglia, trustee, preparing retention motion and clearing conflicts | 0.20 $525.00 | $105.00 |
| 09/28/18 | Newman, Lauren | Arrange for filing motion to employ L. Newman and Thompson Coburn as counsel | 0.10 $525.00 | $52.50 |
| 09/28/18 | Newman, Lauren | Communication to A. Moglia, trustee, to send draft of motion to employ L. Newman and Thompson Coburn as counsel | 0.20 $525.00 | $105.00 |
| 09/28/18 | Newman, Lauren | Communications to and from A. Moglia, trustee, re scheduling on motion to employ Thompson Coburn as counsel for trustee | 0.20 $525.00 | $105.00 |
| 09/28/18 | Newman, Lauren | Revise and finalize motion to authorize trustee to employ L. Newman and Thompson Coburn as counsel for Trustee | 0.20 $525.00 | $105.00 |
| 10/10/18 | Newman, Lauren | Appear in court for motion authorize trustee to employ L. Newman and Thompson Coburn as counsel for trustee | 0.90 $525.00 | $472.50 |
| 10/10/18 | Newman, Lauren | Communication to A. Moglia, trustee, with order granting motion to authorize trustee to employ L. Newman and Thompson Coburn as counsel for trustee | 0.20 $525.00 | $105.00 |
| 10/12/18 | Newman, Lauren | Communication to R. Nelson, real estate broker, to request information on Foresite Realty for application to employ real estate broker | 0.20 $525.00 | $105.00 |
| 10/15/18 | Newman, Lauren | Communication to R. Nelson, real estate broker, to request professional credentials for employment application | 0.20 $525.00 | $105.00 |
| 10/16/18 | Newman, Lauren | Telephone conference with A. Moglia, trustee, re retaining a broker and sight visit to debtor's property to inspect premises | 0.30 $525.00 | $157.50 |
| 10/16/18 | Newman, Lauren | Communication to A. Moglia, trustee, re timing of motion to employ R. Nelson as broker | 0.20 $525.00 | $105.00 |
| 10/16/18 | Newman, Lauren | Communications to and from R. Nelson, real estate broker, re preparing the exclusive rights listing agreement with the trustee | 0.20 $525.00 | $105.00 |

Unreasable
n was granted
chambers
d not called

| Date | Attorney/ Paralegal | Description | Hours | Amount |
|------|------|------|------|------|
| 10/16/18 | Newman, Lauren | Draft motion to authorize employment by trustee to hire R. Nelson as real estate broker and Foresite Realty, and draft affidavit of disinterestedness | 2.50 $525.00 | $1,312.50 |
| 10/22/18 | Newman, Lauren | Begin to review and revise real estate broker's exclusive right listing agreement | 0.70 $525.00 | $367.50 |
| 10/23/18 | Newman, Lauren | Continue to proof read and revise exclusive rights broker's listing agreement to comply with bankruptcy procedure and create a redlined version | 0.50 $525.00 | $262.50 |
| 10/23/18 | Newman, Lauren | Communication to R. Nelson, real estate broker, with affidavit of disinterestedness, for motion to employ broker | 0.20 $525.00 | $105.00 |
| 10/23/18 | Newman, Lauren | Draft motion to authorize employment of R. Nelson, real estate broker, draft affidavit in support of motion and prepare draft order | 1.70 $525.00 | $892.50 |
| 10/23/18 | Newman, Lauren | Communication to R. Nelson, real estate broker, to confirm agreed upon commission | 0.20 $525.00 | $105.00 |
| 10/23/18 | Newman, Lauren | Communication A. Moglia, trustee, with draft of motion to employ real estate broker for his review | 0.20 $525.00 | $105.00 |
| 10/23/18 | Newman, Lauren | Communication A. Moglia, trustee, re amount of commission for real estate broker | 0.10 $525.00 | $52.50 |
| 10/23/18 | Newman, Lauren | Detailed communication to R. Nelson, real estate broker, with draft of exclusive rights broker's listing agreement, along with redlined version, and explanation of proposed changes | 0.30 $525.00 | $157.50 |
| 10/25/18 | Newman, Lauren | Review and revise motion to employ real estate broker, revise proposed order, organize exhibits and prepare for filing | 1.50 $525.00 | $787.50 |
| 10/29/18 | Newman, Lauren | Communication to R. Nelson, broker, to send copy of court-filed motion to retain real estate broker | 0.20 $525.00 | $105.00 |
| 11/01/18 | Newman, Lauren | Communication to J. Longo, counsel to R. Smith, judgment creditor, to respond to inquiry on motion to employ real estate broker | 0.20 $525.00 | $105.00 |
| 11/06/18 | Newman, Lauren | Communication to A. Moglia, trustee, to advise on outcome of motion for authority to employ R. Nelson and Foresite Realty as broker | 0.20 $525.00 | $105.00 |
| 11/06/18 | Newman, Lauren | Appear in court for Trustee's motion for authority to employ R. Nelson and Foresite | 1.60 $525.00 | $840.00 |

| Date | Attorney/ Paralegal | Description | Hours | Amount |
|------|---------------------|-------------|-------|--------|
| | | Realty as broker and on Cullom's motion for relief from automatic stay re insurance policy | | |
| 11/13/18 | Newman, Lauren | Communication to A. Moglia, trustee, re preparing retention motion for Moglia Advisors | 0.20 $525.00 | $105.00 |
| 11/19/18 | Newman, Lauren | Communication to A. Moglia to request hourly rates of Moglia Advisors | 0.10 $525.00 | $52.50 |
| 11/19/18 | Newman, Lauren | Draft affidavit in support of motion to employ Moglia Advisors | 0.50 $525.00 | $262.50 |
| 11/19/18 | Newman, Lauren | Draft motion to employ Moglia Advisors as consultants to the Trustee, and draft proposed order | 2.30 $525.00 | $1,207.50 |
| 11/26/18 | Newman, Lauren | Proof read and revise motion to employ Moglia Advisors as financial consultants to the trustee | 0.70 $525.00 | $367.50 |
| 11/26/18 | Newman, Lauren | Review and revise affidavit in support of retention motion for Moglia Advisors | 0.40 $525.00 | $210.00 |
| 11/26/18 | Newman, Lauren | Communication to A. Moglia, trustee, with revised affidavit in support of retention of Moglia Advisors, for signature | 0.20 $525.00 | $105.00 |
| 11/27/18 | Newman, Lauren | Prepare motion of trustee to employ Moglia Advisors for filing | 0.40 $525.00 | $210.00 |
| 11/28/18 | Newman, Lauren | Communication to A. Moglia, trustee, to send a court filed copy of application to employ Moglia Advisors | 0.20 $525.00 | $105.00 |
| 12/12/18 | Newman, Lauren | Communication to A. Moglia, trustee, with draft of motion to employ Heath Industrial, auctioneer, for his review | 0.10 $525.00 | $52.50 |
| 12/12/18 | Newman, Lauren | Communications to and from S. Stabiner at Heath Industrial, re reviewing and executing the affidavit of disinterestedness | 0.20 $525.00 | $105.00 |
| 12/12/18 | Newman, Lauren | Communication to A. Moglia, trustee, to advise the court granted his motion to authorize employment of Moglia Advisors and motion to extend deadline to assume or reject debtor's lease | 0.20 $525.00 | $105.00 |
| 12/12/18 | Newman, Lauren | Appear in court for Trustee's motion to authorize employment of Moglia Advisors and motion to extend deadline to assume or reject debtor's lease | 1.30 $525.00 | $682.50 |
| 12/12/18 | Newman, Lauren | Draft motion to employ Heath Industrial as auctioneer, draft proposed order, and affidavit of disinterestedness | 3.20 $525.00 | $1,680.00 |

| Date | Attorney/ Paralegal | Description | Hours | Amount |
|------|---------------------|-------------|-------|--------|
| 12/20/18 | Newman, Lauren | Proof read and finalize motion to retain Heath Advisors as auctioneer, and arrange for filing with court | 0.30 $525.00 | $157.50 |
| 01/03/19 | Newman, Lauren | Communications with A. Moglia, trustee, re retaining auctioneer even though one offer includes purchase of debt's equipment | 0.10 $555.00 | $55.50 |
| 01/09/19 | Newman, Lauren | Communication to S. Staber of Heath Industrial and A. Moglia, trustee, to advise court granted motion for trustee to retain Heath as auctioneer of debtor's personal property business assets | 0.20 $555.00 | $111.00 |
| 01/09/19 | Newman, Lauren | Appear in court for motion to retain Heath Industrial as auctioneer of debtor's business assets | 1.20 $555.00 | $666.00 |
| | | **Total Charges** | **27.20** | **$14,325.00** |

# EXHIBIT C

**Sale of Property:**

| Date | Attorney/Paralegal | Description | Hours | Amount |
|------|--------------------|-------------|-------|--------|
| 09/20/18 | Newman, Lauren | Telephone call with A. Moglia, trustee, to plan strategy re possible sale of building | 0.20 $525.00 | $105.00 |
| 10/12/18 | Newman, Lauren | Communications to and from A. Moglia, trustee, to schedule a conference call to discuss sale of the debtor's real estate | 0.10 $525.00 | $52.50 |
| 10/12/18 | Newman, Lauren | Review and analyze offer to purchase Debtor's real estate, and comparables sales from trustee | 0.40 $525.00 | $210.00 |
| 10/12/18 | Newman, Lauren | Communications to and from A. Moglia, trustee, to comment on offer to purchase from tenant and amount of existing judgment | 0.20 $525.00 | $105.00 |
| 10/15/18 | Newman, Lauren | Communication to A. Moglia, trustee, and R. Nelson, real estate broker, to advise that the Debtor had the 130th Street property appraised back in 2015 | 0.20 $525.00 | $105.00 |
| 10/15/18 | Newman, Lauren | Communication to R. Nelson, real estate broker, to send a copy of the title report for the 130th Street property | 0.20 $525.00 | $105.00 |
| 10/15/18 | Newman, Lauren | Detailed communication to D. Brown, counsel for Debtor, to request information on the 130th Street property | 0.20 $525.00 | $105.00 |
| 10/15/18 | Newman, Lauren | Prepare for conference call with trustee by reviewing comparable sales information | 0.30 $525.00 | $157.50 |
| 10/15/18 | Newman, Lauren | Telephone conference with A. Moglia, trustee, and R. Nelson, real estate broker, to plan strategy re sale of the 130th Street property | 0.50 $525.00 | $262.50 |
| 10/18/18 | Newman, Lauren | Multiple communications to and from A. Moglia, trustee's office re site visit to debtor's premises and obtaining copy of appraisal | 0.30 $525.00 | $157.50 |
| 10/19/18 | Newman, Lauren | Communication to A. Moglia, trustee, report on site visit to debtor's premises at 130th Street | 0.20 $525.00 | $105.00 |
| 10/19/18 | Newman, Lauren | Visit debtor's premises at 130th Street, Chicago, with real estate broker and to inspect premises and equipment | 2.50 $525.00 | $1,312.50 |
| 10/23/18 | Newman, Lauren | Communication to A. Moglia, trustee, with copy of appraisal from Debtor from 2015 for the 130th Street property | 0.20 $525.00 | $105.00 |
| 10/31/18 | Newman, Lauren | Review correspondence from M. Teich, counsel to R. Cullom, personal injury claimant, re preserving premises and inspection of same | 0.20 $525.00 | $105.00 |

) Travel
me

| Date | Attorney/<br>Paralegal | Description | Hours | Amount |
|------|------------------------|-------------|-------|--------|
| 11/06/18 | Newman, Lauren | Telephone call with A. Moglia, trustee, to plan strategy re sale of property | 0.20<br>$525.00 | $105.00 |
| 11/07/18 | Newman, Lauren | Communication to R. Nelson, real estate broker, with copy of court order and court approved listing agreement | 0.20<br>$525.00 | $105.00 |
| 11/08/18 | Newman, Lauren | Analysis of Debtor's sale of trucks and trailers pre-bankruptcy | 0.50<br>$525.00 | $262.50 |
| 11/08/18 | Newman, Lauren | Telephone call with R. Nelson, real estate broker, to analyze market values and discuss possible listing price for property of the estate | 0.50<br>$525.00 | $262.50 |
| 11/15/18 | Newman, Lauren | Telephone call with J. Gallo, Moglia Advisors, to plan strategy re pre-petition sales of assets by debtor | 0.50<br>$525.00 | $262.50 |
| 12/03/18 | Newman, Lauren | Telephone call with D. Goris, counsel to Kingdom Farms, re offer to purchase Debtor's real property | 0.10<br>$525.00 | $52.50 |
| 12/03/18 | Newman, Lauren | Communications to and from J. Gallo at Moglia Advisors re timing for auction of equipment | 0.20<br>$525.00 | $105.00 |
| 12/03/18 | Newman, Lauren | Communication to A. Moglia, trustee, re conversation with D. Goris, counsel to Kingdom Farms, re offer to purchase debtor's real property | 0.20<br>$525.00 | $105.00 |
| 12/10/18 | Newman, Lauren | Communication to and from R. Nelson, real estate broker, re offer to purchase property from tenant | 0.10<br>$525.00 | $52.50 |
| 12/13/18 | Newman, Lauren | Telephone call with A. Moglia, trustee, and R. Nelson, real estate broker, to analyze offer and plan strategy re sale of real estate | 0.90<br>$525.00 | $472.50 |
| 12/20/18 | Newman, Lauren | Communication to R. Nelson, real estate broker, to request conference call with J. Longo, creditor of debtor | 0.10<br>$525.00 | $52.50 |
| 12/20/18 | Newman, Lauren | Communication to J. Longo, judgment creditor, to request a conference call to discuss the real estate sale | 0.20<br>$525.00 | $105.00 |
| 12/24/18 | Newman, Lauren | Communication to D. Brown, counsel for debtor, re contacting prospective purchaser | 0.10<br>$525.00 | $52.50 |
| 12/27/18 | Newman, Lauren | Communication to A. Moglia, trustee, to advise real estate contract needs to be prepared by counsel due to subject to court approval and 363 auction sale | 0.20<br>$525.00 | $105.00 |
| 12/28/18 | Newman, Lauren | Multiple communications to and from J. Inendino, real estate counsel, re drafting a real estate contract for K. Moran of Kingdom | 0.20<br>$525.00 | $105.00 |

| Date | Attorney/ Paralegal | Description | Hours | Amount |
|---|---|---|---|---|
| | | Farms to be contract purchaser and stalking horse for 363 sale | | |
| 12/28/18 | Inendino, James V. | Communications to and from Lauren Newman re drafting contract (.3); review title/letter report (.2) | 0.50 $510 | $255.00 |
| 12/28/18 | Newman, Lauren | Communication to A. Moglia, trustee, to introduce J. Inendino, who will be assisting with real estate sale | 0.10 $525.00 | $52.50 |
| 01/03/19 | Newman, Lauren | Communication to A. Moglia, trustee, to comment on letter of intent from Martinez Produce to purchase real estate | 0.20 $555.00 | $111.00 |
| 01/03/19 | Newman, Lauren | Review and analyze letter of intent from K. Kauffman, counsel to Martinez Produce, re offer to purchase real estate | 0.30 $555.00 | $166.50 |
| 01/03/19 | Newman, Lauren | Communications to and from S. Stabner from Heath Industrial, re value of personal property assets | 0.20 $555.00 | $111.00 |
| 01/03/19 | Newman, Lauren | Communication to S. Stabner of Heath Industrial, to advise to put auction sale of equipment on hold while trustee pursues one of the offers | 0.20 $555.00 | $111.00 |
| 01/03/19 | Newman, Lauren | Communication to and from S. Stabner of Heath Industrial, re value of debtor's personal property and equipment | 0.10 $555.00 | $55.50 |
| 01/04/19 | Inendino, James V. | Draft Purchase and Sale Agreement | 3.50 $510 | $1,890.00 |
| 01/04/19 | Newman, Lauren | Communications to and from J. Inendino, real estate counsel, re preparing real estate contract for sale motion | 0.30 $555.00 | $166.50 |
| 01/04/19 | Newman, Lauren | Communications to and from R. Nelson, real estate broker, re another offer on the real property | 0.20 $555.00 | $111.00 |
| 01/05/19 | Newman, Lauren | Communication to A. Moglia, trustee and R. Nelson, broker, to plan and prepare for a 363 sale and the stalking horse bidder | 0.30 $555.00 | $166.50 |
| 01/07/19 | Newman, Lauren | Correspondence to K. Kauffman, counsel for Martinez Seafood, re letter of intent and potential purchase of debtor's real property, and to schedule a conference call with trustee and broker | 0.30 $555.00 | $166.50 |
| 01/07/19 | Inendino, James V. | Communication to and from L. Newman re conference call with trustee and potential purchaser's counsel | 0.30 $540.00 | $162.00 |
| 01/07/19 | Newman, Lauren | Correspondence to R. Nelson, broker, and J. Inendino, real estate counsel, re conference | 0.10 $555.00 | $55.50 |

| Date | Attorney/ Paralegal | Description | Hours | Amount |
|------|---------------------|-------------|-------|--------|
| | | call with trustee and potential purchaser's counsel | | |
| 01/08/19 | Inendino, James V. | Review LOIs (.5); prepare for conference call with trustee and purchaser (.5); telephone conference call A. Moglia, trustee, regarding Sale and Purchase Agreement (.5) | 1.50 $540.00 | $810.00 |
| 01/08/19 | Newman, Lauren | Telephone conference with K. Kauffman, counsel to Martinez Seafood, R. Nelson, broker, and A. Moglia, trustee, to review letter of intent and to discuss sale process with potential purchaser | 0.50 $555.00 | $277.50 |
| 01/09/19 | Inendino, James V. | Conference with L. Newman re: bankruptcy staulking horse issues | 0.30 $540.00 | $162.00 |
| 01/11/19 | Newman, Lauren | Communication to A. Moglia, trustee, to comment on buyers including equipment into bids on real property | 0.20 $555.00 | $111.00 |
| 01/11/19 | Newman, Lauren | Communication to J. Gallo re factoring in sale of equipment into sale of real estate | 0.20 $555.00 | $111.00 |
| 01/11/19 | Newman, Lauren | Telephone call with A. Moglia, trustee, to review offers to purchase real property and to plan strategy | 0.20 $555.00 | $111.00 |
| 01/11/19 | Newman, Lauren | Telephone call with K. Kauffman, counsel for Martinez Seafood, re offer to purchase real property | 0.20 $555.00 | $111.00 |
| 01/16/19 | Newman, Lauren | Communication to R. Nelson, broker, to follow up on offers to purchase debtor's real property | 0.20 $555.00 | $111.00 |
| 01/17/19 | Newman, Lauren | Telephone call with K. Kauffman, counsel for Martinez Seafood, to discuss revised offer to purchase debtor's real estate | 0.20 $555.00 | $111.00 |
| 01/17/19 | Newman, Lauren | Telephone call with R. Nelson, real estate broker, to review competing offers to purchase debtor's real estate and to plan how to proceed | 0.20 $555.00 | $111.00 |
| 01/17/19 | Newman, Lauren | Telephone call with A. Moglia, trustee, to plan response to multiple offers to purchase property | 0.20 $555.00 | $111.00 |
| 01/17/19 | Newman, Lauren | Communication to R. Nelson, real estate broker, to request a conference call on competing offers to purchase debtor's real estate | 0.10 $555.00 | $55.50 |
| 01/17/19 | Newman, Lauren | Communication to K. Kauffman, counsel for Martinez Seafood, to request revised offer to purchase debtor's real estate be put in writing in a LOI | 0.20 $555.00 | $111.00 |

| Date | Attorney/ Paralegal | Description | Hours | Amount |
|------|---------------------|-------------|-------|--------|
| 01/17/19 | Newman, Lauren | Detailed communication to A. Moglia, trustee, and J. Gallo, re recommendations by R. Nelson re proceeding with bids on real estate | 0.30 $555.00 | $166.50 |
| 01/17/19 | Newman, Lauren | Telephone call with A. Moglia, trustee, to advise on revised offer from Martinez Seafood | 0.10 $555.00 | $55.50 |
| 01/21/19 | Newman, Lauren | Communication to S. Stabner from Heath Industrial to respond to inquiry on status of auction | 0.10 $555.00 | $55.50 |
| 01/24/19 | Inendino, James V. | Conference with Lauren Newman re procedure for bidding on property | 0.20 $540.00 | $108.00 |
| 01/24/19 | Newman, Lauren | Communication to K. Kaufman, counsel for Martinez Seafood, re procedure for bidding on property | 0.20 $555.00 | $111.00 |
| 01/25/19 | Newman, Lauren | Communications to and from R. Nelson, broker, re terms and conditions of sale to be conveyed to potential purchaser K. Moran, including increase in down payment | 0.30 $555.00 | $166.50 |
| 01/25/19 | Newman, Lauren | Telephone call with A. Moglia, trustee, to plan strategy re auction sale of real property | 0.70 $555.00 | $388.50 |
| 01/25/19 | Newman, Lauren | Communications to and from K. Kaufman, counsel to Martinez Seafood, re decision by Trustee on stalking horse bidder | 0.20 $555.00 | $111.00 |
| 01/25/19 | Newman, Lauren | Communication to R. Nelson, real estate broker, re requesting an updated LOI from K. Moran re latest offer to purchase real property | 0.20 $555.00 | $111.00 |
| 01/25/19 | Newman, Lauren | Review and revise purchase and sale agreement for real estate | 0.40 $555.00 | $222.00 |
| 01/29/19 | Newman, Lauren | Communication to A. Moglia, trustee to advise on call with K. Kaufman, counsel for Martinez Seafood, and possible contract terms and sale process | 0.20 $555.00 | $111.00 |
| 01/29/19 | Newman, Lauren | Telephone call with K. Kaufman, counsel for Martinez Seafood, to advise on terms for bidding at sale and possible contract terms | 0.20 $555.00 | $111.00 |
| 02/01/19 | Newman, Lauren | Communication to R. Nelson, broker, and A. Moglia, trustee, re revised offer and increased down payment from one of the purchasers | 0.20 $555.00 | $111.00 |
| 02/01/19 | Newman, Lauren | Communications to and from K. Kaufman, counsel for Martinez, re decision on offer | 0.10 $555.00 | $55.50 |
| 02/05/19 | Inendino, James V. | Conference with L. Newman and review emails regarding contract | 0.30 $540.00 | $162.00 |

| Date | Attorney/ Paralegal | Description | Hours | Amount |
|---|---|---|---|---|
| 02/05/19 | Newman, Lauren | Begin to review and revise purchase and sale agreement and sale notice | 1.50 $555.00 | $832.50 |
| 02/05/19 | Newman, Lauren | Telephone conference with A. Moglia, trustee, J. Gallo, Moglia Advisors, and R. Nelson, real estate broker, to select stalking horse bidder and to plan bidding procedures | 0.90 $555.00 | $499.50 |
| 02/07/19 | Inendino, James V. | Draft Contract, Lease Termination Agreement (4.2); email to Lauren Newman re same (.3) | 4.50 $540.00 | $2,430.00 |
| 02/08/19 | Newman, Lauren | Communication on A. Moglia, trustee, with draft of purchase and sale agreement and lease termination agreement for his review and approval | 0.20 $555.00 | $111.00 |
| 02/08/19 | Newman, Lauren | Review draft of purchase and sale agreement and lease termination agreement | 0.50 $555.00 | $277.50 |
| 02/08/19 | Newman, Lauren | Telephone call with K. Kaufman, counsel to Martinez, to advise that Martinez will not be stalking horse but to come to auction | 0.20 $555.00 | $111.00 |
| 02/10/19 | Inendino, James V. | Communications to and from L. Newman re comments and changes to draft Purchase Agreement | 0.40 $540.00 | $216.00 |
| 02/11/19 | Inendino, James V. | Communications to and from title company regarding new order (.5); conference with Lauren Newman re contract issues (.2) | 0.70 $540.00 | $378.00 |
| 02/11/19 | Newman, Lauren | Communication to B. Liston, counsel to K. Moran, to send draft of the Purchase and Sale Agreement and Lease Termination Agreement | 0.30 $555.00 | $166.50 |
| 02/11/19 | Newman, Lauren | Telephone call with B. Liston, counsel for K. Moran, to review auction sale process, and rejection of lease if K. Moran is not successful bidder | 0.30 $555.00 | $166.50 |
| 02/12/19 | Newman, Lauren | Telephone call with A. Moglia, trustee, to plan strategy re sale of assets | 0.50 $555.00 | $277.50 |
| 02/12/19 | Newman, Lauren | Telephone call with K. Moran, to advise on sale procedures for debtor's real property | 0.20 $555.00 | $111.00 |
| 02/12/19 | Newman, Lauren | Communication to B. Liston, counsel to K. Moran, to advise on telephone conference with Moran and sale procedures for debtor's real property | 0.20 $555.00 | $111.00 |
| 02/12/19 | Newman, Lauren | Communication to B. Liston and T. Goodwyn, counsel to K. Moran, re comments to contract | 0.10 $555.00 | $55.50 |
| 02/12/19 | Newman, Lauren | Communication to A. Moglia, trustee, re updated offer on debtor's real property | 0.20 $555.00 | $111.00 |

| Date | Attorney/ Paralegal | Description | Hours | Amount |
|---|---|---|---|---|
| 02/12/19 | Inendino, James V. | Conference with Lauren Newman regarding stalking horse bid offer and lease termination issues | 0.40 $540.00 | $216.00 |
| 02/12/19 | Newman, Lauren | Communication to K. Kaufman, counsel to potential purchaser, re updated offer on debtor's real property | 0.10 $555.00 | $55.50 |
| 02/13/19 | Newman, Lauren | Telephone call with T. Goodwyn, counsel for K. Moran, to follow up on comments to draft purchase agreement | 0.10 $555.00 | $55.50 |
| 02/14/19 | Inendino, James V. | Emails with A. Moglia, trustee, re Stalking Horse Contract and emails with T. Goodwyn, counsel for purchaser, re same | 0.50 $540.00 | $270.00 |
| 02/14/19 | Newman, Lauren | Telephone call with T. Goodwyn, counsel for K. Moran, to discuss points in purchase agreement and negotiate amount of breakup fee | 0.30 $555.00 | $166.50 |
| 02/14/19 | Newman, Lauren | Review comments and proposed changes from T. Goodwyn, counsel for K. Moran, to purchase agreement | 0.30 $555.00 | $166.50 |
| 02/14/19 | Newman, Lauren | Communication to T. Goodwyn, counsel for K. Moran, to advise on Trustee's position on proposed changes to draft purchase and sale agreement | 0.20 $555.00 | $111.00 |
| 02/14/19 | Newman, Lauren | Communication to T. Goodwyn, counsel for K. Moran, to request comments to purchase agreement | 0.10 $555.00 | $55.50 |
| 02/15/19 | Newman, Lauren | Review recent revisions and comments to purchase agreement from counsel for purchaser | 0.20 $555.00 | $111.00 |
| 02/15/19 | Inendino, James V. | Revise Stalking Horse Bid contract and memo to client and Lauren Newman re same (1.3); review various emails to and from A. Moglia, J. Gallo re Stalking Horse Bid contract (.2) | 1.50 $540.00 | $810.00 |
| 02/15/19 | Newman, Lauren | Communication to J. Inendino, real estate counsel, to comment on recent revisions and comments to purchase agreement from counsel for purchaser | 0.20 $555.00 | $111.00 |
| 02/15/19 | Newman, Lauren | Continue to draft sale motion and procedures notice of sale | 1.50 $555.00 | $832.50 |
| 02/18/19 | Newman, Lauren | Plan strategy re revisions to draft purchase agreement | 0.20 $555.00 | $111.00 |
| 02/18/19 | Newman, Lauren | Communication to T. Goodwyn, counsel for K. Moran, to negotiate purchase agreement | 0.20 $555.00 | $111.00 |

| Date | Attorney/ Paralegal | Description | Hours | Amount |
|------|---------------------|-------------|-------|--------|
| 02/18/19 | Inendino, James V. | Communications to and from T. Goodwyn, Buyer's counsel, re changes to purchase and sale agreement | 0.50 $540.00 | $270.00 |
| 02/19/19 | Inendino, James V. | Telephone conference with A. Moglia, L. Newman and T. Goodwyn, Buyer's Counsel, re purchase and sale agreement | 0.80 $540.00 | $432.00 |
| 02/19/19 | Newman, Lauren | Communication to T. Goodwyn, counsel for K. Moran, re proposed changes to the purchase and sale agreement and to request a conference call | 0.20 $555.00 | $111.00 |
| 02/19/19 | Newman, Lauren | Communications to and from J. Gallo, Moglia Advisors, re list of equipment included in asset sale | 0.30 $555.00 | $166.50 |
| 02/19/19 | Newman, Lauren | Communications to and from R. Nelson, real estate broker, re status of contract negotiations | 0.20 $555.00 | $111.00 |
| 02/19/19 | Newman, Lauren | Telephone conference with A. Moglia, J. Inendino and T. Goodwyn, counsel for purchaser, to negotiate PSA and proposed changes to the purchase and sale agreement | 0.80 $555.00 | $444.00 |
| 02/19/19 | Newman, Lauren | Telephone conference with T. Goodwyn, counsel for K. Moran, to negotiate changes to the purchase and sale agreement | 0.60 $555.00 | $333.00 |
| 02/19/19 | Newman, Lauren | Draft proposed order setting auction, bidding procedures and approving sale | 1.50 $555.00 | $832.50 |
| 02/20/19 | Inendino, James V. | Revise Purchase Contract (.7); memo to L. Newman re same (.1); communication to Goodwyn, Purchaser's counsel, with draft Agreement (.1) | 0.90 $540.00 | $486.00 |
| 02/20/19 | Newman, Lauren | Telephone call with A. Moglia, trustee, to plan strategy in contract negotiations with K. Moran's counsel | 0.20 $555.00 | $111.00 |
| 02/20/19 | Newman, Lauren | Detailed communication to A. Moglia, trustee, and J. Gallo, Moglia Advisors, re points in contract negotiations with K. Moran's counsel | 0.30 $555.00 | $166.50 |
| 02/21/19 | Newman, Lauren | Legal research for sale motion re cases on break-up fees and other issues to cite case law in sale motion | 1.50 $555.00 | $832.50 |
| 02/21/19 | Inendino, James V. | Review K. Moran's comments to purchase and sale agreement and lease termination agreement (.3); memo to L. Newman re same (.1) | 0.40 $540.00 | $216.00 |
| 02/21/19 | Newman, Lauren | Telephone call with J. Gallo, Moglia Advisors, to plan strategy re sale of real estate | 0.70 $555.00 | $388.50 |

Improper ocation

| Date | Attorney/ Paralegal | Description | Hours | Amount |
|------|---------------------|-------------|-------|--------|
| 02/21/19 | Newman, Lauren | Review and revise purchase agreement, and create a redlined version re additional contract provisions for bankruptcy sale | 0.30 $555.00 | $166.50 |
| 02/21/19 | Newman, Lauren | Continue to draft motion by trustee to sell assets of bankruptcy estate | 1.50 $555.00 | $832.50 |
| 02/21/19 | Newman, Lauren | Communication to T. Goodwin, counsel for K. Moran, with revise purchase agreement, and along with a redlined version re additional contract provisions | 0.20 $555.00 | $111.00 |
| 02/21/19 | Newman, Lauren | Communication to A. Moglia, trustee, with additional proposed changes to contract and comments on same | 0.30 $555.00 | $166.50 |
| 02/21/19 | Newman, Lauren | Telephone call with A. Moglia, trustee, re additional contract provisions | 0.20 $555.00 | $111.00 |
| 02/22/19 | Newman, Lauren | Continue to draft and revise motion to sell assets, draft order and notice of bidding procedures | 4.50 $555.00 | $2,497.50 |
| 02/22/19 | Newman, Lauren | Legal research to cite case law  in sale motion on break-up fees, on business judgment rule and other issues in support of trustee's motion to sell assets, including good faith | 1.50 $555.00 | $832.50 |
| 02/25/19 | Newman, Lauren | Telephone call with A. Moglia, trustee, to plan strategy re sale | 0.20 $555.00 | $111.00 |
| 02/25/19 | Newman, Lauren | Receive and review executed purchase agreement from T. Goodwyn, counsel for K. Moran, and communicate to acknowledge same | 0.20 $555.00 | $111.00 |
| 02/25/19 | Newman, Lauren | Communication to A. Moglia, trustee, to send draft of  trustee's motion to sell assets, set bidding procedures, schedule an auction, and proposed sale order for his review | 0.20 $555.00 | $111.00 |
| 02/25/19 | Inendino, James V. | Review and analyze Title Commitment and send memo to L. Newman re title status | 0.50 $540.00 | $270.00 |
| 02/25/19 | Newman, Lauren | Continue to draft and revise trustee's motion to sell assets, set bidding procedures, schedule an auction, and revise proposed sale order | 3.70 $555.00 | $2,053.50 |
| 02/26/19 | Inendino, James V. | Review emails regarding signed contract; memo to Stalking Horse Buyer counsel re same | 0.40 $540.00 | $216.00 |
| 02/26/19 | Newman, Lauren | Communication to A. Moglia, trustee, to send court filed copy of sale motion and to plan for court hearing | 0.20 $555.00 | $111.00 |

Improper
ocation

| Date | Attorney/ Paralegal | Description | Hours | Amount |
|---|---|---|---|---|
| 02/26/19 | Newman, Lauren | Continue to draft and proof read sale motion, organize exhibits and prepare for filing with court | 2.30 $555.00 | $1,276.50 |
| 02/27/19 | Inendino, James V. | Telephone conference with T. Goodwyn, purchaser's counsel, re changes to the purchase and sale agreement (.3); communication to T. Goodwyn confirming changes to contract (.2) | 0.60 $540.00 | $324.00 |
| 02/27/19 | Newman, Lauren | Communication to T. Goodwyn, counsel to K. Moran, to advise on court hearing and delay of sale motion and auction | 0.20 $555.00 | $111.00 |
| 02/27/19 | Newman, Lauren | Communications to and from T. Goodwyn, counsel to K. Moran, to consider possible timing issues on the sale | 0.20 $555.00 | $111.00 |
| 02/27/19 | Newman, Lauren | Revise and prepare amended motion to sell assets, notice of order and bid procedures, proposed sale order and amended notice of motion | 1.20 $555.00 | $666.00 |
| 02/28/19 | Inendino, James V. | Conference with Near North Title re proposed sale (.2); telephone conference with T. Goodwyn, purchaser's counsel regarding earnest money deposit and strict joint order instructions (.3) | 0.50 $540.00 | $270.00 |
| 02/28/19 | Newman, Lauren | Communication to K. Kaufman, counsel for Martinez Seafood, re delay in hearing of motion to sell assets, and to explain amended motion and amended notice | 0.20 $555.00 | $111.00 |
| 03/01/19 | Newman, Lauren | Communications to and from J. Inendino re wire of deposit to title company escrow | 0.20 $555.00 | $111.00 |
| 03/01/19 | Inendino, James V. | Communications to and from title company and to A. Moglia, trustee, regarding earnest money deposit | 0.20 $540.00 | $108.00 |
| 03/06/19 | Inendino, James V. | Review contract and critical dates for closing | 0.30 $540.00 | $162.00 |
| 03/07/19 | Inendino, James V. | Communication to and from Liz Zydel re water certificate and closing matters | 0.30 $540.00 | $162.00 |
| 03/08/19 | Inendino, James V. | Communication to and from E. Zydel and Buyer's counsel re: water certificate and closing issues | 0.30 $540.00 | $162.00 |
| 03/08/19 | Zydel, Elizabeth B. | Review communication from J. Inendino including the purchase and sale agreement, title and other title documents (.3) ; prepare full payment water certificate application (.2); prepare communication to R. DeGraff of MGR attaching full payment water certificate | 0.70 $250.00 | $175.00 |

| Date | Attorney/ Paralegal | Description | Hours | Amount |
|------|------|------|------|------|
| | | and executed purchase and sale agreement for processing (.2) | | |
| 03/13/19 | Newman, Lauren | Telephone call with A. Moglia, trustee to plan strategy and consider environmental issues at property and purchaser's request for extension of due diligence | 0.30 $555.00 | $166.50 |
| 03/13/19 | Inendino, James V. | Review and respond to communications from T. Goodwyn, purchaser's attorney, regarding due diligence extension request and environmental matters with respect to the property | 0.30 $540.00 | $162.00 |
| 03/13/19 | Newman, Lauren | Communications to A. Moglia, trustee re request for extension of due diligence from T. Goodwyn, counsel for purchaser, for a phase II environmental report | 0.10 $555.00 | $55.50 |
| 03/13/19 | Newman, Lauren | Communications to and from T. Goodwyn, counsel for purchaser, re request for extension of time on due diligence and to do a phase II | 0.20 $555.00 | $111.00 |
| 03/14/19 | Newman, Lauren | Communication to R. Nelson, broker, re request for extension from purchaser on due diligence | 0.20 $555.00 | $111.00 |
| 03/14/19 | Newman, Lauren | Communication to A. Moglia, trustee, re property inspection by personal injury claimant and insurance defense counsel | 0.10 $555.00 | $55.50 |
| 03/14/19 | Inendino, James V. | Review buyer's request for due diligence extension | 0.20 $540.00 | $108.00 |
| 03/14/19 | Inendino, James V. | Memo to buyer's counsel regarding due diligence extension request response | 0.30 $540.00 | $162.00 |
| 03/15/19 | Newman, Lauren | Communication to A. Moglia, trustee, to send request by purchaser's counsel for extension of due diligence | 0.20 $555.00 | $111.00 |
| 03/15/19 | Newman, Lauren | Communications to and from J. Brucer re selling debtor's trademark and tradename | 0.10 $555.00 | $55.50 |
| 03/18/19 | Inendino, James V. | Review emails regarding due diligence extension matters for amendment to contract | 0.30 $540.00 | $162.00 |
| 03/19/19 | Newman, Lauren | Review sale motion and prepare for upcoming court hearing | 0.20 $555.00 | $111.00 |
| 03/19/19 | Newman, Lauren | Review amendment to purchase agreement extending due diligence for environmental report | 0.20 $555.00 | $111.00 |

| Date | Attorney/ Paralegal | Description | Hours | Amount |
|---|---|---|---|---|
| 03/19/19 | Newman, Lauren | Communication to A. Moglia, trustee, amendment to purchase agreement extending due diligence will push out date of auction | 0.20 $555.00 | $111.00 |
| 03/19/19 | Inendino, James V. | Communication to A. Moglia, trustee, transmitting first amendment to contract | 0.20 $540.00 | $108.00 |
| 03/19/19 | Inendino, James V. | Conference with L. Newman regarding first amendment to contract | 0.20 $540.00 | $108.00 |
| 03/19/19 | Zydel, Elizabeth B. | Receive notice from Sandy at MGR advising that there is an open balance due in order to certify the full payment water certificate (.1); prepare communication to J. Inendino advising of same and forwarding notification (.1) | 0.20 $250.00 | $50.00 |
| 03/19/19 | Inendino, James V. | Draft and revise first amendment to contract | 1.10 $540.00 | $594.00 |
| 03/20/19 | Newman, Lauren | Appear in court on Trustee's motion to approve auction sale bidding procedures | 1.40 $555.00 | $777.00 |
| 03/20/19 | Newman, Lauren | Respond to communication from D. Brown, counsel for debtor, to advise on outcome of court hearing on sale motion | 0.10 $555.00 | $55.50 |
| 03/20/19 | Newman, Lauren | Communication to T. Goodwyn, counsel for K. Moran, to comment on court hearing for motion to approve sale procedures | 0.20 $555.00 | $111.00 |
| 03/20/19 | Inendino, James V. | Communication to T. Goodwyne, counsel for purchaser, transmitting first amendment to contract | 0.30 $540.00 | $162.00 |
| 03/20/19 | Newman, Lauren | Respond to communication from G. Silver, counsel for U.S. Trustee, to advise on outcome of court hearing on sale motion | 0.20 $555.00 | $111.00 |
| 03/28/19 | Newman, Lauren | Correspondence to Clerk of Judge Barnes with proposed draft of sale procedures order | 0.30 $555.00 | $166.50 |
| 03/28/19 | Newman, Lauren | Revise and update proposed order authorizing trustee to sell assets by auction and allowing for sale procedures and break-up fee | 0.40 $555.00 | $222.00 |
| 03/29/19 | Newman, Lauren | Communications with bankruptcy judge's clerk re resubmitting proposed sale procedures order with no references to sale motion | 0.10 $555.00 | $55.50 |
| 03/29/19 | Newman, Lauren | Draft and revise sale procedures order to include all bidding terms and instructions, along with all conditions of participating in auction sale | 1.20 $555.00 | $666.00 |
| 03/29/19 | Newman, Lauren | Revise notice of sale procedures | 0.60 | $333.00 |

| Date | Attorney/ Paralegal | Description | Hours | Amount |
|------|---------------------|-------------|-------|--------|
| | | | $555.00 | |
| 04/01/19 | Newman, Lauren | Communication to L. Hiller, law clerk, with revised proposed sale procedures order | 0.20 $555.00 | $111.00 |
| 04/01/19 | Newman, Lauren | Continue to revise proposed sale procedures order and notice of entry of order, and prepare for filing | 0.50 $555.00 | $277.50 |
| 04/02/19 | Newman, Lauren | Communication to A. Moglia, trustee, with copy of notice of sale and procedures | 0.10 $555.00 | $55.50 |
| 04/02/19 | Newman, Lauren | Communication to A. Moglia, trustee, with entered sale procedures order | 0.20 $555.00 | $111.00 |
| 04/02/19 | Newman, Lauren | Communications to A. Moglia, trustee, re strategy on sale and possible appeal by J. Longo | 0.20 $555.00 | $111.00 |
| 04/02/19 | Newman, Lauren | Prepare notice of sale procedures and certificate of filing and service | 0.40 $555.00 | $222.00 |
| 04/04/19 | Newman, Lauren | Communications to and from T. Goodwyn, counsel for K. Moran, re bidding procedures | 0.20 $555.00 | $111.00 |
| 04/11/19 | Newman, Lauren | Communications to and from K. Kaufman, counsel for Martinez, to prepare for upcoming sale | 0.10 $555.00 | $55.50 |
| 04/11/19 | Newman, Lauren | Telephone conference with A. Moglia, trustee, to prepare for upcoming auction sale | 0.10 $555.00 | $55.50 |
| 04/12/19 | Newman, Lauren | Communication to A. Moglia, trustee, to advise on sale developments | 0.20 $555.00 | $111.00 |
| 04/12/19 | Newman, Lauren | Draft notice of publication of sale | 1.50 $555.00 | $832.50 |
| 04/15/19 | Newman, Lauren | Communications to and from J. Gallo, Moglia Advisors, re possible changes to draft of Notice of Publication of the Sale | 0.20 $555.00 | $111.00 |
| 04/15/19 | Newman, Lauren | Proof read and revise Notice of Publication of the Sale | 0.20 $555.00 | $111.00 |
| 04/15/19 | Newman, Lauren | Communication to A. Moglia, trustee, re status of sale and inclusion of potential bidders | 0.20 $555.00 | $111.00 |
| 04/15/19 | Newman, Lauren | Revise Notice of Publication of the Sale as per directions of trustee, to include sale amounts and bidding amounts | 1.20 $555.00 | $666.00 |
| 04/15/19 | Newman, Lauren | Communication to A. Moglia, trustee, with draft of Notice of Publication of the Sale | 0.20 $555.00 | $111.00 |
| 04/16/19 | Newman, Lauren | Communication to A. Moglia, trustee, with revised notice of publication | 0.20 $555.00 | $111.00 |
| 04/24/19 | Newman, Lauren | Telephone call with potential purchaser from ad for auction sale | 0.20 $555.00 | $111.00 |
| 04/24/19 | Newman, Lauren | Plan and prepare for auction sale | 0.20 $555.00 | $111.00 |

| Date | Attorney/ Paralegal | Description | Hours | Amount |
|------|--------------------|-------------|-------|--------|
| 04/25/19 | Newman, Lauren | Communication to A. Moglia, trustee, re inquiry on the sale | 0.10 $555.00 | $55.50 |
| 04/25/19 | Newman, Lauren | Communication to R. Nelson, real estate broker, to send copy of notice sale of auction sale | 0.20 $555.00 | $111.00 |
| 04/25/19 | Newman, Lauren | Telephone call with R. Nelson, real estate broker, re progress of sale of real estate and bidding process | 0.40 $555.00 | $222.00 |
| 04/29/19 | Newman, Lauren | Communications to and from C. Angelo, potential purchaser of equipment, re sale | 0.20 $555.00 | $111.00 |
| 04/29/19 | Newman, Lauren | Communications to C. Angelo, potential purchaser of equipment, to advise on sale of assets | 0.10 $555.00 | $55.50 |
| 04/29/19 | Newman, Lauren | Telephone call with A. Moglia, trustee, to consider offer from C. Angelo, potential purchaser of equipment, re sale | 0.30 $555.00 | $166.50 |
| 04/30/19 | Newman, Lauren | Communication to T. Goodwyn, counsel for purchaser re phase II environmental report and to advise that the trustee will not remediate any environmental issues | 0.20 $555.00 | $111.00 |
| 04/30/19 | Newman, Lauren | Analysis of phase II environmental report send by purchaser on due diligence | 0.30 $555.00 | $166.50 |
| | | **Total Charges** | 88.40 | $48,124.50 |

# EXHIBIT D

**Relief from Stay by J. Longo, creditor:**

| Date | Attorney/ Paralegal | Description | Hours | Amount |
|---|---|---|---|---|
| 12/11/18 | Newman, Lauren | Review and analyze motion to for relief from automatic stay filed by J. Longo, judgment creditor, to pursue appeal of attorneys' fee award by district court | 0.30 $525.00 | $157.50 |
| 12/11/18 | Newman, Lauren | Communications to and from A. Moglia, trustee, re motion to lift stay filed by J. Longo, judgment creditor, of district court's attorneys' fee award | 0.20 $525.00 | $105.00 |
| 12/11/18 | Newman, Lauren | Communication to A. Moglia, trustee, to plan strategy re to lift stay filed by J. Longo for attorneys' fees | 0.20 $525.00 | $105.00 |
| 12/12/18 | Moore, Dremain T. | Legal research cases on relief from stay by creditor to pursue appeal of a judgment after Chapter 7 filing | 1.50 $335.00 | $502.50 |
| 12/12/18 | Moore, Dremain T. | Research cases cited in motion to lift stay, and analyze same | 1.50 $335.00 | $502.50 |
| 12/13/18 | Newman, Lauren | Review results of legal research on judgment creditor's motion for relief from automatic stay | 0.80 $525.00 | $420.00 |
| 12/17/18 | Newman, Lauren | Begin to draft response and objection to J. Longo's motion for relief from stay | 1.50 $525.00 | $787.50 |
| 12/18/18 | Newman, Lauren | Legal research re review and analyze case law cited by judgment creditor J. Longo's motion for relief from stay | 1.20 $525.00 | $1,470.00 |
| 12/18/18 | Newman, Lauren | Draft and revise Trustee's response to J. Longo's motion for relief from automatic stay to pursue appeal of attorneys' fee award | 2.80 $525.00 | $630.00 |
| 12/19/18 | Newman, Lauren | Communication to J. Longo, judgment creditor, to request conference call | 0.10 $525.00 | $52.50 |
| 12/19/18 | Newman, Lauren | Detailed communication to J. Longo, judgment creditor, re expending assets of estate to defend an appeal reduces amount to creditors | 0.20 $525.00 | $105.00 |
| 12/19/18 | Newman, Lauren | Telephone call A. Moglia, trustee, to plan strategy re judgment creditor J. Longo's motion for relief from stay | 0.80 $525.00 | $420.00 |

) Improper location

| Date | Attorney/ Paralegal | Description | Hours | Amount |
|---|---|---|---|---|
| 12/19/18 | Newman, Lauren | Telephone call with J. Longo, judgment creditor, to review impact of an appeal of his attorneys' fees, which increases expenses to creditors | 0.40 $525.00 | $210.00 |
| 12/19/18 | Newman, Lauren | Appear in court for judgment creditor J. Longo's motion for relief from stay | 1.30 $525.00 | $682.50 |
| 12/20/18 | Newman, Lauren | Communication to J. Longo, judgment creditor, to request a meeting with the trustee | 0.20 $525.00 | $105.00 |
| 12/27/18 | Newman, Lauren | Communication to A. Moglia, trustee, to advise J. Longo had not responded to invitation to meet and confer | 0.10 $525.00 | $52.50 |
| 01/03/19 | Newman, Lauren | Communications to J. Longo, judgment creditor, on Longo's declining a settlement conference with trustee | 0.10 $555.00 | $55.50 |
| 01/03/19 | Newman, Lauren | Communication to J. Longo, judgment creditor, to advise on status of sale, progress of liquidation of assets, and invite Longo to a conference with Trustee | 0.40 $555.00 | $222.00 |
| 01/04/19 | Newman, Lauren | Communication to A. Moglia, trustee, to advise that J. Longo does not wish to meet with trustee for settlement discussion | 0.10 $555.00 | $55.50 |
| | | **Total Hours and Charges** | **13.70** | **$6,640.50** |
| | | **TOTAL Hours and Fees** | **235.30** | **$126,460.00** |

# EXHIBIT E

**Motion to Dismiss and Appeal:**

| Date | Attorney/ Paralegal | Description | Hours | Amount |
|------|---------------------|-------------|-------|--------|
| 01/07/19 | Newman, Lauren | Telephone call with J. Gallo, Moglia Advisors, to review motion to dismiss filed by J. Longo, judgment creditor | 0.20 $555.00 | $111.00 |
| 01/07/19 | Newman, Lauren | Telephone conference with A. Moglia, trustee, and J. Gallo, Moglia Advisors, to analyze motion to dismiss filed by J. Longo | 0.20 $555.00 | $111.00 |
| 01/07/19 | Newman, Lauren | Review and analyze motion to dismiss bankruptcy case filed by J. Longo, judgment creditor | 0.30 $555.00 | $166.50 |
| 01/07/19 | Newman, Lauren | Communications to and from A. Moglia, trustee, and J. Gallo, Moglia Advisors, to comment on motion to dismiss filed by J. Longo, judgment creditor | 0.30 $555.00 | $166.50 |
| 01/08/19 | Newman, Lauren | Analysis of motion to dismiss filed by J. Longo, judgment creditor | 0.40 $555.00 | $222.00 |
| 01/08/19 | Newman, Lauren | Communication to D. Brown, counsel for debtor, to request conference call on J. Longo's motion to dismiss | 0.20 $555.00 | $111.00 |
| 01/08/19 | Newman, Lauren | Communication to J. Gallo, Moglia Advisors, to comment on analysis of motion to dismiss and progress of bankruptcy case | 0.10 $555.00 | $55.50 |
| 01/08/19 | Newman, Lauren | Review and analyze memorandum from J. Gallo, Moglia Advisors, re analysis of motion to dismiss and progress of bankruptcy case | 0.20 $555.00 | $111.00 |
| 01/08/19 | Newman, Lauren | Telephone conference with A. Moglia, trustee, to review and analyze motion to dismiss and to plan strategy | 0.40 $555.00 | $222.00 |
| 01/09/19 | O'Keefe, Julie L. | Obtain, compile and organize law cited in J. Longo's motion to dismiss bankruptcy case, in preparation for response to same | 1.10 $555.00 | $308.00 |
| 01/09/19 | Newman, Lauren | Telephone call with D. Brown, counsel for debtor, to review and analyze Longo's motion to dismiss and plan for upcoming hearing | 0.40 $555.00 | $222.00 |
| 01/09/19 | Newman, Lauren | Telephone call with A. Moglia, trustee, to advise on telephone conference with D. Brown, counsel for debtor, and consider trustee's position on motion to dismiss | 0.30 $555.00 | $166.50 |

| Date | Attorney/ Paralegal | Description | Hours | Amount |
|------|---------------------|-------------|-------|--------|
| 01/09/19 | Newman, Lauren | Communications to and from D. Brown, counsel for debtor, re motion to dismiss bankruptcy case filed by J. Longo, judgment creditor | 0.20 $555.00 | $111.00 |
| 01/09/19 | Newman, Lauren | Communication to A. Moglia, trustee, re motion to dismiss bankruptcy case filed by J. Longo, judgment creditor | 0.30 $555.00 | $166.50 |
| 01/10/19 | Newman, Lauren | Legal research grounds for motion to dismiss a corporate Chapter 7 for substantial abuse | 1.20 $555.00 | $666.00 |
| 01/11/19 | Newman, Lauren | Detailed, formal written correspondence to J. Longo, judgment creditor, to advise on trustee's activities, sale of assets and trustee's settlement position | 1.90 $555.00 | $1,054.50 |
| 01/14/19 | Newman, Lauren | Revise correspondence to J. Longo, judgment creditor, to advise on activities of trustee and request withdrawal of motion to dismiss | 2.20 $555.00 | $1,221.00 |
| 01/16/19 | Newman, Lauren | Communication to A. Moglia, trustee, and J. Gallo, Moglia Advisors, to send and comment on supplemental brief filed by J. Longo, judgment creditor, to motion to dismiss | 0.20 $555.00 | $111.00 |
| 01/16/19 | Newman, Lauren | Communications to and from J. Gallo, Moglia Advisors, to analyze to motion to dismiss | 0.30 $555.00 | $166.50 |
| 01/16/19 | Newman, Lauren | Review and analyze supplemental brief filed by J. Longo, judgment creditor, to motion to dismiss and prepare response to same | 0.40 $555.00 | $222.00 |
| 01/22/19 | Newman, Lauren | Draft response to motion to J. Longo's dismiss bankruptcy case | 3.20 $555.00 | $1,776.00 |
| 01/22/19 | Newman, Lauren | Communication to A. Moglia, trustee, re strategy on motion to dismiss and to plan for upcoming hearing | 0.30 $555.00 | $166.50 |
| 01/22/19 | Newman, Lauren | Communication with D. Brown, counsel for debtor, re appearing at hearing on motion to dismiss | 0.20 $555.00 | $111.00 |
| 01/23/19 | Newman, Lauren | Appear in court for J. Longo, judgment creditor, for hearing on motion for relief from automatic stay and motion to dismiss bankruptcy case | 1.40 $555.00 | $777.00 |
| 01/23/19 | Newman, Lauren | Prepare for court argument by reviewing filed pleadings | 0.30 $555.00 | $166.50 |

Improper location

| Date | Attorney/ Paralegal | Description | Hours | Amount |
|---|---|---|---|---|
| 01/24/19 | Newman, Lauren | Communication to A. Moglia, trustee, to send copy of order and to comment on judge's remarks from court hearing | 0.40 $555.00 | $222.00 |
| 01/24/19 | Newman, Lauren | Review order denying motion for relief from stay | 0.10 $555.00 | $55.50 |
| 01/29/19 | Newman, Lauren | Communication to A. Moglia, trustee re responding to J. Longo's email requesting dismissal | 0.10 $555.00 | $55.50 |
| 01/29/19 | Newman, Lauren | Communication to J. Longo, judgment creditor, to advise Trustee will not join in dismissal of case | 0.10 $555.00 | $55.50 |
| 01/31/19 | Newman, Lauren | Communication to A. Moglia with J. Longo's motion to stay Trustee's work on case | 0.20 $555.00 | $111.00 |
| 01/31/19 | Newman, Lauren | Communications to and from A. Moglia to plan for J. Longo's motion to stay case pending appeal | 0.20 $555.00 | $111.00 |
| 01/31/19 | Newman, Lauren | Review and analyze J. Longo's motion for a stay pending appeal | 0.20 $555.00 | $111.00 |
| 02/01/19 | Newman, Lauren | Legal research for trustee's response and objection to J. Longo's motion for stay before motion to dismiss is determined | 1.50 $555.00 | $832.50 |
| 02/01/19 | Newman, Lauren | Communications to and from A. Moglia, trustee, to plan strategy re motion for stay | 0.20 $555.00 | $111.00 |
| 02/04/19 | Newman, Lauren | Continue to draft and revise response and objection to J. Longo, judgment creditor, motion for stay, and prepare for filing | 2.50 $555.00 | $1,387.50 |
| 02/05/19 | Newman, Lauren | Communication to A. Moglia, trustee, to advise on notice of withdrawal of notice of motion for a stay | 0.20 $555.00 | $111.00 |
| 02/05/19 | Newman, Lauren | Review notice of withdrawal of notice of motion for a stay | 0.20 $555.00 | $111.00 |
| 02/12/19 | Newman, Lauren | Legal research for trustee's response to motion to dismiss and review and analyze cases cited in motion | 1.00 $555.00 | $555.00 |
| 02/12/19 | Newman, Lauren | Draft response brief to motion to dismiss by judgment creditor Longo | 3.00 $555.00 | $1,665.00 |
| 02/13/19 | Newman, Lauren | Continue to draft and revise trustee's response brief to judgment creditor Longo's motion to dismiss bankruptcy case, and arrange for filing of final draft of brief | 4.50 $555.00 | $2,497.50 |

) Improper location

) Improper llocation

| Date | Attorney/ Paralegal | Description | Hours | Amount |
|---|---|---|---|---|
| 02/13/19 | Newman, Lauren | Communication to A. Moglia, trustee, with court filed copy of trustee's response brief to judgment creditor Longo's motion to dismiss bankruptcy case | 0.20 $555.00 | $111.00 |
| 02/20/19 | Newman, Lauren | Detailed communication to A. Moglia, trustee, and J. Gallo, Moglia Advisors, to send copy of reply brief to motion to dismiss bankruptcy case filed by J. Longo, and to comment on same | 0.30 $555.00 | $166.50 |
| 02/20/19 | Newman, Lauren | Review and analyze reply to response to Longo's motion to dismiss bankruptcy case | 0.30 $555.00 | $166.50 |
| 02/27/19 | Newman, Lauren | Appear in court for hearing for motion for a stay and status on motion to dismiss | 1.40 $555.00 | $777.00 |
| 02/27/19 | Newman, Lauren | Prepare for court hearing by reviewing motion for stay, trustee's response and motion to dismiss pleadings | 0.50 $555.00 | $277.50 |
| 02/27/19 | Newman, Lauren | Telephone call with A. Moglia, trustee, to review outcome of court hearing and to plan strategy | 0.30 $555.00 | $166.50 |
| 03/19/19 | Newman, Lauren | Review and analyze order and opinion from Judge Barnes denying J. Longo's motion to dismiss bankruptcy case | 0.30 $555.00 | $166.50 |
| 03/19/19 | Newman, Lauren | Multiple communications to and from A. Moglia, trustee, to review and analyze Judge Barnes denying J. Longo's motion to dismiss bankruptcy case | 0.30 $555.00 | $166.50 |
| 03/19/19 | Newman, Lauren | Communication to A. Moglia, trustee, to send copy of Judge Barnes denying J. Longo's motion to dismiss bankruptcy case and comment on same | 0.20 $555.00 | $111.00 |
| 03/27/19 | Newman, Lauren | Communication to J. Longo to respond to questions about outcome of last court hearing | 0.20 $555.00 | $111.00 |
| 04/02/19 | Newman, Lauren | Communication to and from A. Moglia, trustee, re notice of appeal filed by creditor J. Longo | 0.30 $555.00 | $166.50 |
| 04/02/19 | Newman, Lauren | Review notice of appeal filed by creditor Longo re denial of motion to dismiss case | 0.20 $555.00 | $111.00 |
| 04/03/19 | Newman, Lauren | Legal research bankruptcy rules re notice of appeal and required documents with notice | 0.30 $555.00 | $166.50 |

) Improper
location

| Date | Attorney/ Paralegal | Description | Hours | Amount |
|------|---------------------|-------------|-------|--------|
| 04/03/19 | Newman, Lauren | Review notice of appeal and motion for leave to appeal, and analyze same | 0.50 $555.00 | $277.50 |
| 04/05/19 | Newman, Lauren | Communication to D. Farrell, bankruptcy partner, with notice of appeal and motion to appeal, for preparing response | 0.20 $555.00 | $111.00 |
| 04/05/19 | Newman, Lauren | Review and analyze motion for leave to appeal, and perform legal research into bankruptcy rules on same | 0.50 $555.00 | $277.50 |
| 04/05/19 | Farrell, David D. | Analysis of denial of dismissal order is a "final" order for purposes of appeal and opposing Longo's motion for interlocutory appeal | 0.20 $620.00 | $124.00 |
| 04/10/19 | Farrell, David D. | Research in connection with response in opposition to Longo's motion for interlocutory appeal of denial of dismissal motion (1.1); review underlying bankruptcy court pleadings (.4) | 1.50 $620.00 | $930.00 |
| 04/15/19 | Farrell, David D. | Draft response in opposition to judgment creditor J. Longo's motion for leave to pursue interlocutory appeal of denial of dismissal motion due to lack of jurisdiction | 2.50 $620.00 | $1,550.00 |
| 04/16/19 | Newman, Lauren | Arrange for filings in District Court to respond to appeal by Longo of denial of dismissal | 0.20 $555.00 | $111.00 |
| 04/16/19 | Newman, Lauren | Communication to A. Moglia, trustee, to advise J. Longo filed a motion for a stay pending appeal | 0.20 $555.00 | $111.00 |
| 04/16/19 | Newman, Lauren | Communication to A. Moglia, trustee, with copy of response and opposition to Longo's motion for leave to appeal order denying motion to dismiss | 0.20 $555.00 | $111.00 |
| 04/16/19 | Newman, Lauren | Communication to J. Gallo, Moglia Advisors, re strategy on pending appeal | 0.20 $555.00 | $111.00 |
| 04/16/19 | Newman, Lauren | Draft appearance for District Court appeal by judgment creditor J. Longo | 0.30 $555.00 | $166.50 |
| 04/16/19 | Newman, Lauren | Review and revise response and opposition to Longo's motion for leave to appeal order denying motion to dismiss | 1.80 $555.00 | $999.00 |
| 04/16/19 | Newman, Lauren | Review notice of motion for a stay pending appeal | 0.20 $555.00 | $111.00 |

) Improper
llocation

) Improper
location

| Date | Attorney/ Paralegal | Description | Hours | Amount |
|------|---------------------|-------------|-------|--------|
| 04/16/19 | Farrell, David D. | Plan strategy re issues relating to response in opposition to J. Longo's motion for leave to file interlocutory appeal and J. Longo's motion for stay pending appeal | 0.30 $620.00 | $186.00 |
| 04/23/19 | Newman, Lauren | Legal research cases cited by J. Longo in motion for a stay pending appeal | 0.50 $555.00 | $277.50 |
| 04/26/19 | Newman, Lauren | Draft response and objection to J. Longo's motion for a stay pending appeal | 6.50 $555.00 | $3,607.50 |
| 04/29/19 | Newman, Lauren | Communication to A. Moglia, trustee, to send copy of court filed trustee' response to judgment creditor's motion for a stay pending appeal | 0.20 $555.00 | $111.00 |
| 04/29/19 | Newman, Lauren | Continue to draft and revise response and objection to judgment creditor's motion for a stay pending appeal | 2.50 $555.00 | $1,387.50 |
| 04/29/19 | Newman, Lauren | Finalize response and objection to judgment creditor's motion for a stay pending appeal and arrange for filing with the court | 0.20 $555.00 | $111.00 |
| | | **Total Charges** | 54.10 | $30,015.50 |

) Improper
location

# EXHIBIT F

**EXPENSES**

| Date | Description | Amount |
|---|---|---|
| 10/03/18 | For title search for property located at 525 E. 130th Street, Chicago, IL 60628; VENDOR: Chicago Title Company, LLC; INVOICE#: 180105475-1 | $75.00 |
| 10/03/18 | For UCC and tax lien judgment search for Illinois regarding Rosebud Farm, Inc.; VENDOR: Cogency Global / National Corporate Research; INVOICE#: B098595-02 | $492.50 |
| 12/07/18 | For service of subpoena on Providence Bank & Trust; VENDOR: ATG LegalServe, Inc.; INVOICE#: 96884; DATE: | $69.00 |
| | Total Charges | $636.50 |